# EXHIBIT "B"

Case 1:09-cv-01559-CAP   Document 1-2   Filed 06/10/09   Page 2 of 5

State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 25563898
Date: Jun 9 2009 2:20PM
Mark Harper, Clerk

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSEPH HAMILTON and DEEP SOUTH WRESTLING, LLC<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 2009EV007158D |

## ACKNOWLEDGMENT OF SERVICE OF COMPLAINT

COMES NOW, Defendant World Wrestling Entertainment, Inc., by and through its undersigned counsel John L. Taylor, Jr., and hereby acknowledges service of the Summons and Complaint herein. The Defendant retains all defenses or objections to the Complaint, including to jurisdiction and venue, except for those based upon a defect in the service of the Summons and Complaint.

This 9th day of June, 2009.

　　　　　　　　　　　　　　　　　　　　/s/ Cheralynn M. Gregoire
　　　　　　　　　　　　　　　　　　　　John L. Taylor, Jr.
　　　　　　　　　　　　　　　　　　　　Ga. Bar No. 700400
　　　　　　　　　　　　　　　　　　　　Cheralynn M. Gregoire
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 309760

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant World Wrestling Entertainment, Inc.*

CHOREY, TAYLOR & FEIL
A Professional Corporation
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326-1148
Telephone: (404) 841-3200
Facsimile:  (404) 841-3221

1

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSEPH HAMILTON and DEEP SOUTH WRESTLING, LLC )<br><br>Plaintiffs, )<br><br>v. )<br><br>WORLD WRESTLING ENTERTAINMENT, INC., )<br><br>Defendant. ) | CIVIL ACTION FILE<br><br>NO. 2009EV007158D |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day caused to be served a true and correct copy of the foregoing Notice of Removal by U.S. mail, postage prepaid, addressed to:

James D. McGuire, Esq.
The Law Office of McGuire, Crohan & Klinger
1800 Peachtree Street, NW
Suite 514
Atlanta, Georgia 30309

This 9th day of June, 2009.

/s/ Cheralynn M. Gregoire
Cheralynn M. Gregoire
Georgia Bar No. 309760

CHOREY, TAYLOR & FEIL
A Professional Corporation
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326-1148
Telephone: (404) 841-3200
Facsimile: (404) 841-3221

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| JOSEPH HAMILTON and DEEP SOUTH WRESTLING, LLC )<br><br>Plaintiffs, )<br><br>v. )<br><br>WORLD WRESTLING ENTERTAINMENT, INC., )<br><br>Defendant. ) | CIVIL ACTION FILE<br><br>1:09-CV-1559 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day caused to be served a true and correct copy of the foregoing Notice of Removal by U.S. mail, postage prepaid, addressed to:

James D. McGuire, Esq.
The Law Office of McGuire, Crohan & Klinger
1800 Peachtree Street, NW
Suite 514
Atlanta, Georgia 30309

This 10th day of June, 2009.

Cheralynn M. Gregoire
Georgia Bar No. 309760
cgregoire@ctflegal.com

Attorney for Defendant World Wrestling Entertainment, Inc.

5

6

CHOREY, TAYLOR & FEIL
A Professional Corporation
The Lenox Building, Suite 1700
3399 Peachtree Road, N.E.
Atlanta, Georgia 30326-1148
Telephone: (404) 841-3200
Facsimile: (404) 841-3221