IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH HAMILTON and DEEP SOUTH WRESTLING, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| | ) Civil Action |
| v. | )<br>) File No. 1:09-cv-1559-HTW |
| WORLD WRESTLING ENTERTAINMENT, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

# **DEFENDANT'S MOTION TO DISMISS**

The Defendant World Wrestling Entertainment, Inc. ("WWE"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Honorable Court to dismiss this action against WWE on the basis that the action fails to state a claim upon which relief may be granted.

In support of this Motion, WWE submits Defendant's Brief in Support of Motion to Dismiss filed on even date herewith.

1

Submitted this 20th day of July, 2009.

/s/ *Cheralynn M. Gregoire*
John L. Taylor, Jr.
jtaylor@ctflegal.com
Otto F. Feil
ofeil@ctflegal.com
Cheralynn M. Gregoire
cgregoire@ctflegal.com
Chorey, Taylor & Feil
A Professional Corporation
The Lenox Building, Suite 1700
3399 Peachtree Road NE
Atlanta, Georgia  30326-1148
404-841-3200
404-841-3221 Facsimile

Of Counsel:

Jerry S. McDevitt
Curtis B. Krasik
K&L Gates LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
412-355-6500
412-355-6501 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH HAMILTON and DEEP SOUTH WRESTLING, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action |
| v. | ) ) ) File No. 1:09-cv-1559-HTW |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) ) ) |
| Defendant. | ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2009, I electronically filed the **Defendant's Motion to Dismiss** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

> James D. McGuire
> Georgia Bar No. 493325
> jmcguire@mcklaw.org
> The Law Offices of McGuire, Crohan & Klinger
> 1800 Peachtree Street NW, Suite 514
> Atlanta, Georgia  30309

I hereby certify that I have also mailed Mr. McGuire **Defendant's Motion**

**to Dismiss** via U.S. Mail, First Class addressed to him at the address set forth above.

/s/ Cheralynn M. Gregoire
Attorney for Defendant World
Wrestling Entertainment, Inc.

Chorey, Taylor & Feil
A Professional Corporation
The Lenox Building, Suite 1700
3399 Peachtree Road NE
Atlanta, Georgia  30326-1148
404-841-3200
404-841-3221 Facsimile
