IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH HAMILTON and DEEP SOUTH WRESTLING, LLC, | : : : |
| Plaintiffs, | : : |
| vs. | : Civil Action File No. : 1:09-CV-1559-HTW |
| WORLD WRESTLING ENTERTAINMENT, INC., | : : : |
| Defendant. | : |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

COME NOW, the Plaintiffs, Joseph Hamilton and Deep South Wrestling, LLC, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby respond to Defendant's Motion to Dismiss and show this Honorable Court, for the reasons more fully delineated in their accompanying brief, the relief sought through the Defendants' Motion should be denied. In support of this Response, Plaintiff submits and incorporates by reference, their Brief in Opposition to Defendant's Motion to Dismiss.

*(Signature on following page)*

Respectfully submitted, this 6th day of August, 2009.

/s/James D. McGuire
James D. McGuire
jmcguire@mcklaw.org
Ga. Bar No. 493325

**McGuire, Crohan & Klinger**
*Not A Partnership*
1800 Peachtree St., Suite 514
Atlanta, GA 30309
(404) 525-6800