UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH HAMILTON, DEEP SOUTH WRESTLING, LLC | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 1:09-CV-1559-CAP |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Defendant. | |

O R D E R

The court has been informed that the parties have resolved their claims. Accordingly, this case is hereby DISMISSED. This dismissal is, however, without prejudice to the right of any party to reopen the action within 60 days if settlement is not consummated.

SO ORDERED, this  16th  day of March, 2010.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge